


JAN 31 2017

Dairy Farmers of America, Inc.
10220 North Ambassador Drive
Kansas City, MO 64153

Dear Permittee:

Pursuant to the Federal Water Pollution Control Act, under the authority granted to the State of Missouri and in compliance with the Missouri Clean Water Law, we have issued and are enclosing your State Operating Permit to discharge from Dairy Farmers of America, Cabool, MO.

Please read your permit and attached Standard Conditions. They contain important information on monitoring requirements, effluent limitations, sampling frequencies and reporting requirements.

Monitoring reports required by the special conditions must be submitted on a periodic basis. Copies of the necessary report forms are enclosed and should be mailed to your regional office. Please contact that office for additional forms.

This permit may include requirements with which you may not be familiar. If you would like the department to meet with you to discuss how to satisfy the permit requirements, an appointment can be set up by contacting your local regional office at 573-840-9750. These visits are called Compliance Assistance Visits and focus on explaining the requirements to the permit holder.

This permit is both your Federal NPDES Permit and your new Missouri State Operating Permit and replaces all previous State Operating Permits issued for this facility under this permit number. In all future correspondence regarding this facility, please refer to your State Operating Permit number and facility name as shown on page one of the permit.

If you were adversely affected by this decision, you may be entitled to an appeal before the Administrative Hearing Commission (ACH) pursuant to 10 CSR 20-1.020 and Section 621.250, RSMo. To appeal, you must file a petition with the ACH within thirty days after the date this decision was mailed or the date it was delivered, whichever date was earlier. If any such petition is sent by registered mail or certified mail, it will be deemed filed on the date it is mailed; if it is sent by any method other than registered mail or certified mail, it will be deemed filed on the date it is received by the ACH. Contact information for the AHC is: Administrative Hearing Commission, United States Post Office Building, 3rd Floor, 131 West High Street, P.O. Box 1557, Jefferson City, MO 65102, Phone: 573-751-2422, Fax: 573-751-5018, and Website: www.oa.mo.gov/ahc.



Please be aware that this facility may also be subject to any applicable county or other local ordinances or restrictions.

If you have any questions concerning this permit, please do not hesitate to contact the Water Protection Program at P.O. Box 176, Jefferson City, MO 65102, 573-751-1300.

Sincerely,

WATER PROTECTION PROGRAM

David J. Lamb
Acting Director

DJL/vs

Enclosure.

STATE OF MISSOURI

# DEPARTMENT OF NATURAL RESOURCES

MISSOURI CLEAN WATER COMMISSION



# MISSOURI STATE OPERATING PERMIT

In compliance with the Missouri Clean Water Law, (Chapter 644 R.S. Mo. as amended, hereinafter, the Law)

| | |
|---|---|
| Permit No. | MO-0002828 |
| Owner: | Dairy Farmers of America, Inc. |
| Address: | 10220 North Ambassador Drive, Kansas City, MO 64153 |
| Continuing Authority: | Same as above |
| Address: | Same as above |
| Facility Name: | Dairy Farmers of America, Cabool, MO |
| Facility Address: | 950 Metrecal Trace Street, Cabool, MO 65689 |
| Legal Description: | See Pages 2 - 3 |
| UTM Coordinates: | See Pages 2 - 3 |
| Receiving Stream: | See Pages 2 - 3 |
| First Classified Stream and ID: | See Pages 2 - 3 |
| USGS Basin & Sub-watershed No.: | See Pages 2 - 3 |

is authorized to discharge from the facility described herein, in accordance with the effluent limitations and monitoring requirements as set forth herein:

## FACILITY DESCRIPTION

See Pages 2 - 3

This permit authorizes only wastewater discharges under the Missouri Clean Water Law; it does not apply to other regulated areas. This permit may be appealed in accordance with Section 644.051.6 of the Law.

February 1, 2017
Effective Date

Steven Feeler, Acting Director, Division of Environmental Quality

December 31, 2021
Expiration Date

David J. Lamb, Acting Director, Water Protection Program

000003

FACILITY DESCRIPTION (continued)

Permitted Feature #010 – Land Application Site JBB; 160 acres
Legal Description: SW ¼, SW ¼, Sec. 25, T28N, R11W, Texas County
UTM Coordinates: X = 579762, Y = 4103366
Receiving Stream: Tributary to Beeler Branch (C)
First Classified Stream and ID: 8-20-13 MUDD V1.0 (C) (3960)
USGS Basin & Sub-watershed No.:10290202-0101

Permitted Feature #011 – Land Application Site JWA, 40 acres
Legal Description: N ½, NW ¼, Sec. 20, T29N, R10W, Texas County
UTM Coordinates: X = 582954, Y = 4115851
Receiving Stream: Tributary to Big Piney River (C)
First Classified Stream and ID: 8-20-13 MUDD V1.0 (C) (3960)
USGS Basin & Sub-watershed No.:10290202-0103

Permitted Feature #012 – Land Application Site JWB, 40 acres
Legal Description: E ½, SE ¼, Sec. 17, T29N, R10W, Texas County
UTM Coordinates: X = 583959, Y = 4116537
Receiving Stream: Tributary to Big Piney River (C)
First Classified Stream and ID: 8-20-13 MUDD V1.0 (C) (3960)
USGS Basin & Sub-watershed No.: 10290202-0103

Permitted Feature #013 – Land Application Site JWD, 100 acres
Legal Description: S ½, Sec. 17, T29N, R10W, Texas County
UTM Coordinates: X = 583359, Y = 4116612
Receiving Stream: Tributary to Big Piney River (C)
First Classified Stream and ID: 8-20-13 MUDD V1.0 (C) (3960)
USGS Basin & Sub-watershed No.:10290202-0103

Permitted Feature #014 – Land Application Site JWE, 200 acres
Legal Description: W ½, SW ¼, Sec 9, T29N, R10W, Texas County
UTM Coordinates: X = 584267, Y = 4118083
Receiving Stream: Tributary to Big Piney River (C)
First Classified Stream and ID: 8-20-13 MUDD V1.0 (C) (3960)
USGS Basin & Sub-watershed No.:10290202-0103

Permitted Feature #015 – Land Application Site LTA, 27 acres
Legal Description: NW ¼, Sec 32, T29N, R10W, Texas County
UTM Coordinates: X= 582934, Y = 4112332
Receiving Stream: Big Piney River (P) (1578) 303(d)
First Classified Stream and ID: Big Piney River (P) (1578) 303(d)
USGS Basin & Sub-watershed No.10290202-0103

Land Application
Actual Annual Sludge Production: 1,172,500 gallons per year, 141 dry tons per year
Application Rate: Plant Available Nitrogen (PAN)
Equipment Type: Tank Truck
Equipment Capacity: 3,500 gallons tank truck
Vegetation: Pasture

MISSOURI DEPARTMENT OF NATURAL RESOURCES
FACT SHEET
FOR THE PURPOSE OF RENEWAL
OF
MO-0002828
DAIRY FARMERS OF AMERICA, CABOOL, MO

Missouri State Operating Permits (MSOPs) are issued by the Director of the Missouri Department of Natural Resources (Department) under an approved program, operating in accordance with federal and state laws (Federal "Clean Water Act" and "Missouri Clean Water Law" Section 644 as amended). MSOPs are issued for a period of five (5) years unless otherwise specified. After a permit is obtained, a discharge not in compliance with all permit terms and conditions is unlawful.

As per [40 CFR Part 124.8(a)] and [10 CSR 20-6.020(1)2.] a Factsheet shall be prepared to give pertinent information regarding the applicable regulations, rationale for the development of effluent limitations and conditions, and the public participation process for the Missouri State Operating Permit (operating permit) listed below.

A Factsheet is not an enforceable part of an operating permit.

This Factsheet is for Industrial Land Application

## Part I – Facility Information

Facility Type: Industrial no-discharge, sludge stored in tanks and land applied– SIC #2023, #2026, and #2032

Facility Description:
Dairy Farmers of America's wastewater passes through a trickling filter, a clarifier, an oxidation ditch, a final clarifier, and is discharged to the Cabool Wastewater Treatment Plant permit #MO0026301). The industrial sludge generated from the intermediate clarifier passes through a waste clarifier and stored in two sludge storage tanks, and is land applied. Sludge is lime stabilized.
Have any changes occurred at this facility or in the receiving water body that effects effluent limit derivation?

✓ No.

Application Date: 02/18/16
Expiration Date: 08/03/16

PERMITTED FEATURE(S) TABLE:

| PERMITTED FEATURE | TREATMENT LEVEL | EFFLUENT TYPE |
|---|---|---|
| #005-#015 | Land Application | Industrial sludge |

Facility Performance History:
This facility was last inspected on January 4, 2011 and was found to be in compliance.

## Part II – Receiving Stream Information

Receiving Water Body's Water Quality
10 CSR 20-7.031 Missouri Water Quality Standards, the Department defines the Clean Water Commission water quality objectives in terms of "water uses to be maintained and the criteria to protect those uses." The receiving stream and/or 1st classified receiving stream's beneficial water uses to be maintained are located in the Receiving Stream Table located below in accordance with [10 CSR 20-7.031(4)].

000006

Case 6:20-cv-03003-BP Document 1-2 Filed 01/02/20 Page 5 of 16

**RECEIVING STREAM(S) TABLE:**

| WATERBODY NAME | CLASS | WBID | DESIGNATED USES | DISTANCE TO CLASSIFIED SEGMENT | 12-DIGIT HUC |
|---|---|---|---|---|---|
| Tributary to Big Piney River | n/a | n/a | General Criteria | | 10290202-0101 |
| Big Piney River | P | 1578 | AQL, DWS, IRR, LWW, SCR, WBCA, HHP | | |
| 8-20-13 MUDD V1.0 | C | 3960 | AQL, IRR, LWW, SCR, WBCB, HHP | | |
| Big Piney River | P | 1578 | AQL, DWS, IRR, LWW, SCR, WBCA, HHP | | 10290202-0103 |
| 8-20-13 MUDD V1.0 | C | 3960 | AQL, IRR, LWW, SCR, WBCB, HHP | | |
| Tributary to Hungry Creek | n/a | n/a | General Criteria | | 110600060101 |
| 8-20-13 MUDD V1.0 | C | 3960 | AQL, IRR, LWW, SCR, WBCB, HHP | | |

n/a not applicable
WBID Waterbody ID: Missouri Use Designation Dataset 8-20-13 MUDD V1.0 data can be found as an ArcGIS shapefile on MSDIS at ftp://msdis.missouri.edu/pub/Inland_Water_Resources/MO_2014_WQS_Stream_Classifications_and_Use_shp.zip
* As per 10 CSR 20-7.031 Missouri Water Quality Standards, the department defines the Clean Water Commission's water quality objectives in terms of "water uses to be maintained and the criteria to protect those uses." The receiving stream and 1st classified receiving stream's beneficial water uses to be maintained are in the receiving stream table in accordance with [10 CSR 20-7.031(1)(C)].

Uses which may be found in the receiving streams table, above:
10 CSR 20-7.031(1)(C)1.:
AQL = Protection of aquatic life (Current narrative use(s) are defined to ensure the protection and propagation of fish shellfish and wildlife, which is further subcategorized as: WWH = Warm Water Habitat; CLH = Cool Water Habitat; CDH = Cold Water Habitat; EAH = Ephemeral Aquatic Habitat; MAH = Modified Aquatic Habitat; LAH = Limited Aquatic Habitat. This permit uses AQL effluent limitations in 10 CSR 20-7.031 Table A for all habitat designations unless otherwise specified.)
10 CSR 20-7.031(1)(C)2.: Recreation in and on the water
WBC = Whole Body Contact recreation where the entire body is capable of being submerged;
WBC-A = Whole body contact recreation that supports swimming uses and has public access;
WBC-B = Whole body contact recreation that supports swimming;
SCR = Secondary Contact Recreation (like fishing, wading, and boating).
10 CSR 20-7.031(1)(C)3. to 7.:
HHP (formerly HHF) = Human Health Protection as it relates to the consumption of fish;
IRR = Irrigation for use on crops utilized for human or livestock consumption;
LWW = Livestock and wildlife watering (Current narrative use is defined as LWP = Livestock and Wildlife Protection);
DWS = Drinking Water Supply;
IND = Industrial water supply
10 CSR 20-7.031(1)(C)8-11.: Wetlands (10 CSR 20-7.031 Table A currently does not have corresponding habitat use criteria for these defined uses)
WSA = Storm- and flood-water storage and attenuation; WHP = Habitat for resident and migratory wildlife species;
WRC = Recreational, cultural, educational, scientific, and natural aesthetic values and uses; WHC = Hydrologic cycle maintenance.
10 CSR 20-7.031(6): GRW = Groundwater

**303(D) LIST:**
Section 303(d) of the federal Clean Water Act requires that each state identify waters that are not meeting water quality standards and for which adequate water pollution controls have not been required. Water quality standards protect such beneficial uses of water as whole body contact (such as swimming), maintaining fish and other aquatic life, and providing drinking water for people, livestock and wildlife. The 303(d) list helps state and federal agencies keep track of waters that are impaired but not addressed by normal water pollution control programs. http://dnr.mo.gov/env/wpp/waterquality/303d/303d.htm

✓ Applicable; Big Piney River is listed on the 2010 Missouri 303(d) List for dissolved oxygen.

✓ This facility is not considered to be a source of the above listed pollutant(s) or considered to contribute to the impairment of Big Piney River.

**TOTAL MAXIMUM DAILY LOAD (TMDL):**
A TMDL is a calculation of the maximum amount of a given pollutant that a body of water can absorb before its water quality is affected; hence, the purpose of a TMDL is to determine the pollutant loading a specific waterbody can assimilate without exceeding water quality standards. If a water body is determined to be impaired as listed on the 303(d) list, then a watershed management plan or TMDL may be developed. The TMDL shall include the WLA calculation. http://dnr.mo.gov/env/wpp/tmdl/

✓ Not applicable; this facility is not associated with a TMDL.

## Part III – Rationale and Derivation of Effluent Limitations & Permit Conditions

**ALTERNATIVE EVALUATIONS FOR NEW FACILITIES:**
As per [10 CSR 20-7.015(4)(A)], discharges to losing streams shall be permitted only after other alternatives including land application, discharges to a gaining stream and connection to a regional wastewater treatment facility have been evaluated and determined to be unacceptable for environmental and/or economic reasons.

✓ Not Applicable; The facility does not discharge to a Losing Stream as defined by [10 CSR 20-2.010(36)] & [10 CSR 20-7.031(1)(N)], or is an existing facility.

**ANTI-BACKSLIDING:**
A provision in the Federal Regulations [CWA §303(d)(4); CWA §402(c); 40 CFR Part 122.44(l)] that requires a reissued permit to be as stringent as the previous permit with some exceptions.

✓ All limits in this operating permit are at least as protective as those previously established; therefore, backsliding does not apply.

**ANTIDEGRADATION:**
In accordance with Missouri's Water Quality Standard [10 CSR 20-7.031(2)], the Department is to document by means of Antidegradation Review that the use of a water body's available assimilative capacity is justified. Degradation is justified by documenting the socio-economic importance of a discharging activity after determining the necessity of the discharge.

✓ Renewal no degradation proposed and no further review necessary.

**BENCHMARKS:**
When a permitted feature has associated parameters that may alter the operation and maintenance of the land application activity depending on wastewater or sludge quality, a benchmark may be implemented at the discretion of the permit writer. Benchmarks require the facility to monitor, and if necessary, adjust operations and maintenance or replace and update land application control measures. Benchmark concentrations are not effluent limitations. A benchmark exceedance, therefore, is not a permit violation; however, failure to take corrective action is a violation of the permit. Benchmark monitoring data is used to determine the overall effectiveness of control measures and to assist the permittee in knowing when additional corrective actions may be necessary to comply with the technology based effluent limitations (TBEL).

Numeric benchmark values are based on state regulations 10 CSR 20-8.020(15), the *U.S. Environmental Protection Agency Process Design Manual for Land Treatment of Municipal Wastewater* (EPA/625/R-06/016), or other pertinent, reviewed and accepted materials regarding land application activity.

✓ Not applicable; this facility does not have operational and maintenance issues that would warrant change to the operation.

**BIOSOLIDS & SEWAGE SLUDGE:**
Biosolids are solid materials resulting from domestic wastewater treatment that meet federal and state criteria for beneficial uses (i.e. fertilizer). Sewage sludge is solids, semi-solids, or liquid residue generated during the treatment of domestic sewage in a treatment works; including but not limited to, domestic septage; scum or solids removed in primary, secondary, or advanced wastewater treatment process; and a material derived from sewage sludge. Sewage sludge does not include ash generated during the firing of sewage sludge in a sewage sludge incinerator or grit and screening generated during preliminary treatment of domestic sewage in a treatment works. Additional information regarding biosolids and sludge is located at the following web address: http://extension.missouri.edu/main/DisplayCategory.aspx?C=74, items WQ422 through WQ449.

✓ Not applicable; This condition is not applicable to the permittee for this facility.

**INDUSTRIAL SLUDGE:**
Industrial sludge is solids, semi-solids, or liquid residue generated during the treatment of industrial process wastewater in a treatment works; including but not limited to, scum or solids removed in primary, secondary, or advanced wastewater treatment process; scum and solids filtered from water supplies and backwashed; and a material derived from industrial sludge.

✓ Applicable; Permittee land applies industrial sludge in accordance with Standard Conditions III and a Department approved sludge management plan.

**COMPLIANCE AND ENFORCEMENT:**
Enforcement is the action taken by the Water Protection Program (WPP) to bring an entity into compliance with the Missouri Clean Water Law, its implementing regulations, and/or any terms and conditions of an operating permit. The primary purpose of the enforcement activity in the WPP is to resolve violations and return the entity to compliance.

✓ Not Applicable; The permittee/facility is not currently under Water Protection Program enforcement action.

### NUTRIENT MANAGEMENT AND LAND APPLICATION

Land applications by a permitted contract hauler on fields that the permittee has a spreading agreement on are not required to be in this permit. A spreading agreement does not constitute the field being rented or leased by the permittee as they do not have any control over management of the field.

The fertilizer recommendation is the amount of nutrients required for a crop to produce the expected yield. The agronomic rate is the amount of sludge applied to a field to supply the amount of nutrients to meet the fertilizer recommendation. For more information on nutrient management, PAN calculations, and land application best management practices, consult the following University of Missouri Extension Guides:

- WQ421 State and EPA Regulations for Domestic Wastewater Sludge and Biosolids
- WQ422 Land Application of Septage
- WQ423 Monitoring Requirements for Biosolids Land Application
- WQ424 Biosolids Standards for Pathogens and Vectors
- WQ425 Biosolids Standards for Metals and Other Trace Substances
- WQ426 Best Management Practices for Biosolids Land Application
- WQ427 Benefits and Risks of Biosolids
- WQ428 Activity and Movement of Plant Nutrients and Other Trace Substances
- WQ429 Interpretation of Laboratory Analysis of Biosolids Samples
- WQ430 Crop/Nutrient Considerations of Biosolids
- WQ431 Collection and Storage of Biosolids
- WQ432 Equipment for Off-site Application of Biosolids
- WQ433 Equipment for On-site Land Application of Biosolids
- WQ434 Operating Considerations for Biosolids Equipment
- WQ449 Biosolids Glossary of Terms

Nitrogen based applications are when the amount of sludge applied is based on the nitrogen fertilizer recommendation for the planned crop. Phosphorous based applications are when the amount of sludge applied is based on the phosphorous fertilizer recommendation for the planned crop.

Fertilizer recommendations can also be obtained by using the University of Missouri Extension online fertilizer recommendation calculator at http://soilplantlab.missouri.edu/soil/scripts/manualentry.aspx

The Missouri Soil Testing Association provides a list of accredited labs at http://soilplantlab.missouri.edu/soil/msta.aspx.

Conversion Factors for laboratory testing results: [mg/L or mg/kg or ppm] x [conversion factor] = [pounds per Unit Volume]

| Unit Volume | Conversion Factors |
|---|---|
| lbs./acre inch | 0.226 |
| lbs./1,000 gallons | 0.0083 |
| lbs./100 cubic feet | 0.0062 |
| lbs/ton (wet weight) | 0.002 |

Oil and grease sludges with low nitrogen content, more than 20:1 Carbon to Nitrogen ratio, may require supplemental nitrogen application to provide proper decomposition of the oil content and prevent nitrogen deficiencies for the crop.

### REASONABLE POTENTIAL ANALYSIS (RPA):

Federal regulation [40 CFR Part 122.44(d)(1)(i)] requires effluent limitations for all pollutants that are or may be discharged at a level that will cause or have the reasonable potential to cause or contribute to an in-stream excursion above narrative or numeric water quality standard. In accordance with [40 CFR Part 122.44(d)(1)(iii)] if the permit writer determines that any give pollutant has the reasonable potential to cause, or contribute to an in-stream excursion above the WQS, the permit must contain effluent limits for that pollutant.

✓ Not applicable; a RPA was not conducted for this facility.

Blank Page!

000010

**SCHEDULE OF COMPLIANCE (SOC):**
A schedule of remedial measures included in a permit, including an enforceable sequence of interim requirements (actions, operations, or milestone events) leading to compliance with the Missouri Clean Water Law, its implementing regulations, and/or the terms and conditions of an operating permit.

✓ Not Applicable This permit does not contain a SOC.

**SPILL REPORTING:**
Per 10 CSR 24-3.010, any emergency involving a hazardous substance must be reported to the department's 24 hour Environmental Emergency Response hotline at (573) 634-2436 at the earliest practicable moment after discovery. The department may require the submittal of a written report detailing measures taken to clean up a spill. These reporting requirements apply whether or not the spill results in chemicals or materials leaving the permitted property or reaching waters of the state. This requirement is in addition to the Noncompliance Reporting requirement found in Standard Conditions Part I.

**STORM WATER POLLUTION PREVENTION PLAN (SWPPP):**
In accordance with 40 CFR 122.44(k) *Best Management Practices (BMPs)* to control or abate the discharge of pollutants when: (1) Authorized under section 304(e) of the Clean Water Act (CWA) for the control of toxic pollutants and hazardous substances from ancillary industrial activities: (2) Authorized under section 402(p) of the CWA for the control of storm water discharges; (3) Numeric effluent limitations are infeasible; or (4) the practices are reasonably necessary to achieve effluent limitations and standards or to carry out the purposes and intent of the CWA.

In accordance with the EPA's *Developing Your Stormwater Pollution Prevention Plan, A Guide for Industrial Operators*, (Document number EPA 833-B-09-002) [published by the United States Environmental Protection Agency (USEPA) in February 2009], BMPs are measures or practices used to reduce the amount of pollution entering (regarding this operating permit) waters of the state. . BMPs may take the form of a process, activity, or physical structure.

Additionally in accordance with the Storm Water Management, a SWPPP is a series of steps and activities to (1) identify sources of pollution or contamination, and (2) select and carry out actions which prevent or control the pollution of storm water discharges.

✓ Not Applicable At this time, the permittee is not required to develop and implement a SWPPP.

**VARIANCE:**
As per the Missouri Clean Water Law § 644.061.4, variances shall be granted for such period of time and under such terms and conditions as shall be specified by the commission in its order. The variance may be extended by affirmative action of the commission. In no event shall the variance be granted for a period of time greater than is reasonably necessary for complying with the Missouri Clean Water Law §§644.006 to 644.141 or any standard, rule or regulation promulgated pursuant to Missouri Clean Water Law §§644.006 to 644.141.

✓ Not Applicable This operating permit is not drafted under premises of a petition for variance.

**WATER QUALITY STANDARDS:**
Per [10 CSR 20-7.031(3)], General Criteria shall be applicable to all waters of the state at all times including mixing zones. Additionally, [40 CFR 122.44(d)(1)] directs the Department to establish in each NPDES permit to include conditions to achieve water quality established under Section 303 of the Clean Water Act, including State narrative criteria for water quality.

**40 CFR 122.41(M) - BYPASSES:**
The federal Clean Water Act (CWA), Section 402 prohibits wastewater dischargers from "bypassing" untreated or partially treated sewage (wastewater) beyond the headworks. A bypass is defined as an intentional diversion of waste streams from any portion of a treatment facility, [40 CFR 122.41(m)(1)(i)]. Additionally, Missouri regulation 10 CSR 20-2.010(11) defines a bypass as the diversion of wastewater from any portion of wastewater treatment facility or sewer system to waters of the state. Only under exceptional and specified limitations do the federal regulations allow for a facility to bypass some or all of the flow from its treatment process. Bypasses are prohibited by the CWA unless a permittee can meet all of the criteria listed in 40 CFR 122.41(m)(4)(i)(A), (B), & (C). Any bypasses from this facility are subject to the reporting required in 40 CFR 122.41(l)(6) and per Missouri's Standard Conditions I, Section B, part 2.b. Additionally, Anticipated Bypasses include bypasses from peak flow basins or similar devices designed for peak wet weather flows.

✓ Not Applicable This facility does not anticipate by passing.

## Part IV – Permit Limits Determination

**All Permitted Features** – Emergency Discharge
There are no effluent limits associated with All Permitted Features for the no-discharge facility. However, the following is required for an emergency discharge. Monitoring requirement only based on best professional judgment.

**EMERGENCY DISCHARGE TABLE:**

| PARAMETER | UNIT | DAILY MAXIMUM | WEEKLY AVERAGE | MONTHLY AVERAGE | MODIFIED | PREVIOUS PERMIT LIMITATIONS |
|---|---|---|---|---|---|---|
| Flow | MGD | * | | | NO | *** |
| Biochemical Oxygen Demand$_5$ | mg/L | * | | | YES | *** |
| Total Suspended Solids | mg/L | * | | | YES | *** |
| Ammonia as N | mg/L | * | | | NO | *** |
| pH | SU | * | | | YES | *** |
| Oil & Grease | mg/L | * | | | YES | *** |
| E.coli | ** | * | | | YES | *** |
| Monitoring Frequency | Please see Minimum Sampling and Reporting Frequency Requirements in the Derivation and Discussion Section below. | | | | | |

* - Monitoring requirement only
** - # of colonies/100mL; the Monthly Average for E. coli is a geometric mean.
*** - Parameter not established in previous state operating permit.

- **Minimum Sampling and Reporting Frequency Requirements.**

| PARAMETER | SAMPLING FREQUENCY | REPORTING FREQUENCY |
|---|---|---|
| Flow | once/day while discharging | Test results are due on the 28th day of the month after the cessation of the discharge |
| Biochemical Oxygen Demand$_5$ | once/day while discharging | |
| Total Suspended Solids | once/day while discharging | |
| Ammonia as N | once/day while discharging | |
| pH | once/day while discharging | |
| Oil & Grease | once/day while discharging | |
| E.coli | once/day while discharging | |

**PERMITTED FEATURE #005 – SLUDGE MONITORING**
Irrigation limitations derived and established in the below Irrigation Limitations Table are based on current operations of the facility. Future permit action due to facility modification may contain new operating permit terms and conditions that supersede the terms and conditions, including effluent limitations, of this operating permit

**STORAGE BASIN OPERATIONAL MONITORING TABLE:**

| PARAMETER | UNIT | BASIS FOR LIMITS | DAILY MAXIMUM | WEEKLY AVERAGE | MONTHLY AVERAGE | MODIFIED | PREVIOUS PERMIT LIMITATIONS |
|---|---|---|---|---|---|---|---|
| SLUDGE | | | | | | | |
| pH | SU | 1 | * | | | | |
| Total Kjeldahl Nitrogen | mg/L | 1 | * | | | | |
| Ammonia Nitrogen as an | mg/L | 1 | * | | | | |
| Nitrate Nitrogen as N | mg/L | 1 | * | | | | |
| Percent Solids | percent | 1 | * | | | | |
| Arsenic | mg/kg | 1 | | | | | |
| Cadmium | mg/kg | 1 | | | | | |
| Copper | mg/kg | 1 | | | | | |
| Lead | mg/kg | 1 | | | | | |
| Mercury | mg/kg | 1 | | | | | |
| Molybdenum | mg/kg | 1 | | | | | |
| Nickel | mg/kg | 1 | | | | | |
| Selenium | mg/kg | 1 | | | | | |
| Zinc | mg/kg | 1 | | | | | |
| Monitoring Frequency | Please see Minimum Sampling and Reporting Frequency Requirements in the Derivation and Discussion Section below. | | | | | | |

* - Monitoring requirement only.
** - Parameter not previously established in previous state operating permit.

**Basis for Limitations Codes:**

1. State or Federal Regulation/Law
2. Water Quality Standard (includes RPA)
3. Water Quality Based Effluent Limits
4. Lagoon Policy
5. Ammonia Policy
6. Antidegradation Review
7. Antidegradation Policy
8. Water Quality Model
9. Best Professional Judgment
10. TMDL or Permit in lieu of TMDL
11. WET Test Policy

**PERMITTED FEATURE #005 – DERIVATION AND DISCUSSION OF LIMITS:**

- **pH.** Monitoring requirement only. Monitoring for pH is included to determine nutrient loading rates on the land application fields. [10 CSR 20-8.020(15)(F)7.]
- **Total Kjeldahl Nitrogen.** Monitoring requirement only. Monitoring for Total Kjeldahl Nitrogen as N is included to determine nutrient loading rates on the land application fields. [10 CSR 20-8.020(15)(F)7.]
- **Ammonia Nitrogen as N.** Monitoring requirement only. Monitoring for Ammonia Nitrogen as N is included to determine nutrient loading rates on the land application fields. [10 CSR 20-8.020(15)(F)7.]
- **Nitrate Nitrogen as N.** Monitoring requirement only. Monitoring for Nitrate Nitrogen as N is included to determine nutrient loading rates on the land application fields. [10 CSR 20-8.020(15)(F)7.]
- **Percent Solids.** Monitoring requirement only. Monitoring for Percent Solids is included to determine nutrient loading rates on the land application fields. [10 CSR 20-8.020(15)(F)7.]

- **Arsenic.** Monitoring requirement only. Monitoring for arsenic is included to determine nutrient loading rates on the land application fields. [10 CSR 20-8.020(15)(F)7.]

- **Cadmium.** Monitoring requirement only. Monitoring for cadmium is included to determine nutrient loading rates on the land application fields. [10 CSR 20-8.020(15)(F)7.]

- **Copper.** Monitoring requirement only. Monitoring for copper is included to determine nutrient loading rates on the land application fields. [10 CSR 20-8.020(15)(F)7.]

- **Lead.** Monitoring requirement only. Monitoring for lead is included to determine nutrient loading rates on the land application fields. [10 CSR 20-8.020(15)(F)7.]

- **Mercury.** Monitoring requirement only. Monitoring for mercury is included to determine nutrient loading rates on the land application fields. [10 CSR 20-8.020(15)(F)7.]

- **Molybdenum.** Monitoring requirement only. Monitoring for molybdenum is included to determine nutrient loading rates on the land application fields. [10 CSR 20-8.020(15)(F)7.]

- **Nickle.** Monitoring requirement only. Monitoring for nickle is included to determine nutrient loading rates on the land application fields. [10 CSR 20-8.020(15)(F)7.]

- **Selenium.** Monitoring requirement only. Monitoring for selenium is included to determine nutrient loading rates on the land application fields. [10 CSR 20-8.020(15)(F)7.]

- **Zinc.** Monitoring requirement only. Monitoring for zinc is included to determine nutrient loading rates on the land application fields. [10 CSR 20-8.020(15)(F)7.]

**Minimum Sampling and Reporting Frequency Requirements.**

| PARAMETER | SAMPLING FREQUENCY | REPORTING FREQUENCY |
|---|---|---|
| SLUDGE | | |
| pH | biannual | once/year |
| Total Kjeldahl Nitrogen | once/quarter | once/year |
| Ammonia Nitrogen as an | once/quarter | once/year |
| Nitrate Nitrogen as N | once/quarter | once/year |
| Percent Solids | once/quarter | once/year |
| Arsenic | once/year | once/year |
| Cadmium | once/year | once/year |
| Copper | once/year | once/year |
| Lead | once/year | once/year |
| Mercury | once/year | once/year |
| Molybdenum | once/year | once/year |
| Nickel | once/year | once/year |
| Selenium | once/year | once/year |
| Zinc | once/year | once/year |

**PERMITTED FEATURE #006 - #015 – LAND APPLICATION OF WASTEWATER AND/OR SLUDGE AND SOIL MONITORING**

| PARAMETER | UNIT | DAILY MAXIMUM | WEEKLY AVERAGE | MONTHLY AVERAGE | MODIFIED | PREVIOUS PERMIT LIMITATIONS |
|---|---|---|---|---|---|---|
| SLUDGE LAND APPLIED | | | | | | |
| Volume of Sludge Applied | gallons | * | | | NO | |
| Application Area | acres | * | | | NO | |
| Application Rate | Inches/ acre | * | | | NO | |
| SOIL MONITORING | | | | | | |
| Ammonia s N | mg/kg | * | | | NO | |
| Nitrate Nitrogen as N | mg/kg | * | | | NO | |
| pH - Units | SU | * | | | NO | |
| Available Phosphorus as P (Bray 1-P method) | mg/kg | * | | | NO | |
| Total Sodium | mg/kg | * | | | NO | |
| Exchangeable Sodium | % | * | | | NO | |

* - Monitoring requirement only.

**PERMITTED FEATURE #006 - #015 – DERIVATION AND DISCUSSION OF LIMITS:**

- **Volume of Sludge Applied.** Monitoring requirement only. Monitoring for the Volume Irrigated is included to determine if proper application is occurring on the land application fields.

- **Application Area.** Monitoring requirement only. Monitoring for the Application Area is included to determine if proper application is occurring on the land application fields.

- **Application Rate.** Monitoring requirement only. Monitoring for the Application Rate is included to determine if proper application is occurring on the land application fields.

**PERMITTED FEATURE #006 - #015 – LAND APPLICATION FILED SOIL MONITORING**

| PARAMETER | UNIT | DAILY MAXIMUM | WEEKLY AVERAGE | MONTHLY AVERAGE | MODIFIED | PREVIOUS PERMIT LIMITATIONS |
|---|---|---|---|---|---|---|
| Ammonia s N | mg/kg | * | | | NO | * |
| Nitrate Nitrogen as N | mg/kg | * | | | NO | * |
| pH - Units | SU | * | | | NO | * |
| Available Phosphorus as P (Bray 1-P method) | mg/kg | * | | | NO | * |
| Total Sodium | mg/kg | * | | | NO | * |
| Exchangeable Sodium | % | * | | | NO | * |

**PERMITTED FEATURE #006 - #015 – DERIVATION AND DISCUSSION OF LIMITS:**

- **Ammonia as N.** Monitoring requirement only. Monitoring for Ammonia as N is included to determine nutrient loading rates on the land application fields. [10 CSR 20-8.020(15)(F)7.]

- **Nitrate Nitrogen as N.** Monitoring requirement only. Monitoring for Nitrate Nitrogen as N is included to determine nutrient loading rates on the land application fields. [10 CSR 20-8.020(15)(F)7.]

- **pH.** Monitoring requirement only. Monitoring for pH is included to determine nutrient loading rates on the land application fields. [10 CSR 20-8.020(15)(F)7.]

- **Available Phosphorus as P.** Monitoring requirement only. Monitoring for Available Phosphorus as P is included to determine nutrient loading rates on the land application fields. [10 CSR 20-8.020(15)(F)7.]

- **Total Sodium.** Monitoring requirement only. Monitoring for Total Sodium is included to determine nutrient loading rates on the land application fields. [10 CSR 20-8.020(15)(F)8.]

- **Exchangeable Sodium.** Monitoring requirement only. Monitoring for Exchangeable Sodium is included to determine nutrient loading rates on the land application fields. [10 CSR 20-8.020(15)(F)8.]

## Part V – Finding of Affordability

Pursuant to Section 644.145, RSMo., the Department is required to determine whether a permit or decision is affordable and makes a finding of affordability for certain permitting and enforcement decisions. This requirement applies to discharges from combined or separate sanitary sewer systems or publically-owned treatment works.

✓ Not Applicable; The Department is not required to determine findings of affordability because the permit contains no new conditions or requirements that convey a new cost to the facility.

## Part VI – Administrative Requirements

On the basis of preliminary staff review and the application of applicable standards and regulations, the Department, as administrative agent for the Missouri Clean Water Commission, proposes to issue a permit(s) subject to certain effluent limitations, schedules, and special conditions contained herein and within the operating permit. The proposed determinations are tentative pending public comment.

**PERMIT SYNCHRONIZATION:**
The Department of Natural Resources is currently undergoing a synchronization process for operating permits. Permits are normally issued on a five-year term, but to achieve synchronization many permits will need to be issued for less than the full five years allowed by regulation. The intent is that all permits within a watershed will move through the Watershed Based Management (WBM) cycle together will all expire in the same fiscal year. This will allow further streamlining by placing multiple permits within a smaller geographic area on public notice simultaneously, thereby reducing repeated administrative efforts. This will also allow the department to explore a watershed based permitting effort at some point in the future. Renewal applications must continue to be submitted within 180 days of expiration, however, in instances where effluent data from the previous renewal is less than 4 years old, that data may be re-submitted to meet the requirements of the renewal application. If the permit provides a schedule of compliance for meeting new water quality based effluent limits beyond the expiration date of the permit, the time remaining in the schedule of compliance will be allotted in the renewed permit.

**PUBLIC NOTICE:**
The Department shall give public notice that a draft permit has been prepared and its issuance is pending. Additionally, public notice will be issued if a public hearing is to be held because of a significant degree of interest in and water quality concerns related to a draft permit. No public notice is required when a request for a permit modification or termination is denied; however, the requester and permittee must be notified of the denial in writing.

The Department must issue public notice of a pending operating permit or of a new or reissued statewide general permit. The public comment period is the length of time not less than 30 days following the date of the public notice which interested persons may submit written comments about the proposed permit.

For persons wanting to submit comments regarding this proposed operating permit, then please refer to the Public Notice page located at the front of this draft operating permit. The Public Notice page gives direction on how and where to submit appropriate comments.

- ✓ The Public Notice period for this operating permit was from November 4, 2016 to December 5, 2016. No responses received.

**DATE OF FACT SHEET:** DECEMBER 21, 2016

**COMPLETED BY:**

**GREG CALDWELL, ENVIRONMENTAL SCIENTIST**
**MISSOURI DEPARTMENT OF NATURAL RESOURCES**
**WATER PROTECTION PROGRAM**
**OPERATING PERMITS SECTION – INDUSTRIAL PERMITS UNIT**
**(573) 526-1426**
**greg.caldwell@dnr.mo.gov**