# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| CITY OF CABOOL, MISSOURI, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 20-03003-CV-S-BP |
| ) | |
| DAIRY FARMERS OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiff's Motion to Dismiss, (Doc. 37), is **GRANTED** and pursuant to Rule 41, Plaintiff's claims are dismissed with prejudice. Each party shall bear their own costs.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
DATE: November _6_, 2020 UNITED STATES DISTRICT COURT